[Nos. 36880-3-II; 38860-0-II. Division Two. July 20, 2010.]

THE STATE OF WASHINGTON, *Appellant*, v. BOBBY D. BEASLEY, JR., *Respondent*.

Appeals from a judgment of the Superior Court for Mason County, No. 07-1-00139-5, Toni A. Sheldon, J., entered September 18, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Van Deren, J.

[No. 38786-7-II. Division Two. July 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. D.I.G., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-8-00419-7, Chris Wickham, J., entered January 8, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Van Deren, J.

[No. 38978-9-II. Division Two. July 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. LESTER JUAN GRIFFIN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-00814-2, Robert A. Lewis and Diane M. Woolard, JJ., entered February 18, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Van Deren, J.